UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES FIRE INSURANCE COMPANY,

              Plaintiff,

                                  23 Civ. 6195 (LLS)

  - against -

                                  ORDER

QUADIENT CXM USA, INC.,

              Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.


Dated:  New York, New York
        February 24, 2025

                                                *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                U.S.D.J.